### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WILLIE J. STARR                                                                                       PLAINTIFF
ADC #109194

V.                                         NO: 5:10CV00014 JLH/HDY

WENDY KELLEY *et al.*                                                                      DEFENDANTS

### ORDER

Plaintiff filed this complaint on January 19, 2010, and service was ordered. On April 16, 2010, the summons was returned unexecuted as to Defendant Purnima Adhikari Suphan (docket entry #40). However, counsel for Defendants has provided a different address for Suphan. Accordingly, service will be attempted at the addresses provided.

IT IS THEREFORE ORDERED THAT:

1. The address of Defendant Purnima Adhikari Suphan, shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Defendant Suphan, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Suphan, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to Plaintiff.

DATED this __19__ day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE