**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE J. STARR                                                                                                  PLAINTIFF
ADC #109194

v.                                              NO. 5:10CV00014 JLH/HDY

WENDY KELLEY, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Purnima Adhikari Suphan are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of August, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE